**Jabbar Jomo STRAWS, Plaintiff—Appellant,**

v.

**Judge JEFFCOAT, Lexington County Magistrate Court, Defendant—Appellee.**

No. 07–6162.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 3, 2007.

Decided: Aug. 16, 2007.

Jabbar Jomo Straws, Appellant Pro Se.

Before MOTZ, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jabbar Jomo Straws appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Straws v. Jeffcoat,* No. 4:06–cv–03414–HFF, 2007 WL 2385125 (D.S.C. Jan. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*